# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| QUIWANECA SPIKES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00528-RFB-DJA<br><br>**ORDER** |

　　　On January 23, 2025, this Court screened *pro se* Plaintiff Quiwaneca Spikes' complaint under 28 U.S.C. § 1915A. The Court found that Plaintiff could not state a colorable claim and dismissed all of Plaintiff's claims with prejudice. The Court now directs the Clerk of the Court to enter judgment accordingly and close this case.

　　　**IT IS THEREFORE ORDERED** that, in light of the Court's January 23, 2025, Order dismissing Plaintiff's claims with prejudice, the Clerk of the Court is instructed to close this case and enter judgment accordingly.

　　　**IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal from this Order would not be taken "in good faith" under 28 U.S.C. § 1915(a)(3).

　　　**IT IS FURTHER ORDERED** that Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) is **DENIED** as moot.

　　　**DATED:** April 9, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**